7.8.20



REC'D BY _____ D.C.

JUL 13 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

Judge Zloch:

    I sent you a letter in August 2019 asking you to render in a case you have sat upon (Demore VS. Klone Enterprises). As of today (almost 11 mo.), you have not returned my request against debtor Dennis Colon and this is the second time you have done this during this case. The debtor owes the balance in full and plus 6% interest per day on top of what was ruled in my favor. The attorney fees he is on the hook toward my attorney is not part of what he owes me and is owed directly said to Kimberly Gilmour in a separate fee arranged by yourself. You as the Judge are the Executioner of this case and from the evidence I have provided, Mr. Colon has made it his duty to run from the financial obligation he created and is responsible for by moving and hiding assets as well as his valuables were moved to other family member names to evade collection and payment to me. Florida law has many ways to collect on these said Judgements and the evidence I have provided clearly shows Mr. Colon is to pay what is owed to me in full. Florida law is also clear that the moves Mr. Colon has made, he is hiding assets, money or misrepresentation of values and/or lying amounts to one or multiple counts of perjury.

    I am demanding you enforce a harsh financial ruling forced against Mr. Colon accordingly to the evidence I have provided. He owes money for a judgement against him he refused to address, even respond to or show up for; especially one who is breaking the law in front of this Court in defiance and running wild w/o punishment while moving out of the State to get away from his obligation. Among what I have requested before (suspension of Driver's License, garnishment of his paycheck at 25% of his pay per week until Payment in Full including interest is met and garnishment of income tax refunds yearly until Payment in Full including interest is met.) I also demand a Writ of Execution strictly enforced against Mr. Colon. I also ask that you refuse Mr. Colon of Judgement Proof at any time against me as he has refused and/or never showed up for any proceeding or appearance demanded by you, Judge Zloch and you never filed a warrant for his arrest for refusal to showing up for any Litigation. The response to the Petition by Barry Middleberg clearly shows Mr. Colon as well as Dana and John Ganci were represented accordingly by Counsel (Barry is a very close personal friend of Dana and John Ganci, which I also showed as evidence of **conflict of interest** as well as **perjury** made in the prior letter you have a copy of) by answering the lawsuit and advising them to the suit claims and repercussions made against them. You also have evidence of Dana and John Ganci committing multiple acts of perjury as well as lying to you about their business being in operation.

    I also should have been present on February 12, 2017 but you refused to allow me to be present when you had the Ganci's in your Chambers to speak about their finances and how they were involved in S&B as they lied to you about not being co-owners of the business as well as their many other false lies found after the deposition, which I pointed out in the prior letter. I would have called out their lies to you right there, but no I wasn't allowed. They testified **under oath** S&B Auto Transport ceased operations; in fact, The Ganci's moved the office to Boynton Beach Florida and their business phone number was still active in service for over a year and a half. They testified **under oath** the business closed on or about Sep. 19,

2016 when that also was not true as they moved the operations to Boynton Beach around the mediation date (evidence was provided of that and they used their MC number to continue remotely and in person while their landline phone was in operation 561.434.5514) and after they met with you in Feb. 2017. Dana and John Ganci also committed insurance fraud with regards to a truck in fleet that was in a minor accident and turned into major changes/repairs, perjury and conspiracy to hide or destroy evidence by way of fraud according to their lack of deposition and constant "I don't know or recall" answers during their depositional testimony. You cant "not know or recall" if you sign the checks for drivers, hire/fire, and make all the calls with the Owner and as co-owner aware of all aspects of the business. That's called being a liar where in this case, lying is a crime and there is a penalty to pay!

Please understand I worked for 3 years including nights & weekends for what I was not paid for that is owed to me and I demand that payment be made to me. Dana told me to "go fuck myself and sue her for my paycheck", why would she say that if she were not the co-owner? They owe me the money and you can see in clear view of their refusal to pay by running from it and moving/hiding assets in any way necessary to "prove" they can't pay. If a business can get an order against an individual for payment, how can you not enforce a garnishment order against someone who is doing everything to run from a Judgement they refused to sit thru because they are guilty of all said charges and cannot be arrested for? Much time I cannot get back for services rendered was lost, they wasted the Court's time as well as the taxpayer's money on these dates, and the only way of recovery is by what was ruled by you in my favor accordingly and only you can enforce my requests including garnishment for the awarded amount plus interest. By you standing pat and silent as you have stayed, you are being noncompliant with a case that you **ORDERED** Mr. Colon to pay in full. Evidence has been placed in your Chambers by me to show Mr. Colon refusing to pay and even by committing perjury to not pay his debts outstanding, it is against the Law. Not to mention all the lies, slander and perjury statements committed by The Ganci's toward me. Time is of the essence and I am asking you to respond ASAP. I don't think having criminals run your courtroom like a Floridian Clown College is appropriate. Now that Dennis is trying to say he is no longer with Kaydia Rivera (that received the books according to Dana Ganci as she lied about during the Depostion) or owing the home in Coconut Creek FL, he will try to say he no longer lives in Florida and again continue to evade payment.

Enforce the Judgement against Mr. Colon as you would rule in favor of the Department of Education to collect against a student who owes payment. If not, Dennis should be jailed like a parent whom refuses to pay child support that is ordered to be paid according to the order of the Court. I am not scared of anyone, I am ready to die for this on the game field sir; again, please be advised this isn't a joke or game in any way I am hungry for what was never paid to me for my time. I'm the grandson of a WW2 aged Marine and I am more than willing to fight for what is mine that I worked for as I was taught many years ago to do when you push someone's back against the wall other people think is "scared." I am far from it and I am not scared to go to Hell to come back with it, especially against some weak Floridians. Mr. Colon as well as The Ganci's will enjoy their stay in Hell they created for themselves. Criminals need to be taught a lesson and they have been more than noncompliant with John being is a former LEO, they know how to skirt the Law and have friends in high places as you're fully aware of.

No more Do As I Say, Not As I Do. Time to get that leather belt, paddle, or that metal hanger out swinging at them and teach 'em a lesson. Their receiving the same scars of hunger, shut off services, loss of housing, loss of automobile, financial ruin to rock bottom undeservingly and the loneliness they left on me instantly after keeping their business operating day and night for 3 years straight unpaid.

You authorized payment in my favor, please enforce his financial responsibility by force for my rightfully owned services rendered years ago. He refuses to pay willingly, it needs to be enforced harshly so he does pay me promptly. Fair is fair, again if I had a judgement to pay him the shoe would be on the other foot. "I'm sorry, Isn't this America? Huh, sorry this is America right. Yeah, this is America."

Silence Implies Consent.

Thank you,

Aaron Demore

MIAMI FL 331
08 JUL 2020 PM 4 L

×731 NE. 14 ST OSWY #314
POMPANO BCH, 33060

JUDGE WILLIAM ZLOCH
U.S. FEDERAL BLDG. + COURTHOUSE
299 E. BROWARD BLVD. RM: 208 B
FT. LAUDERDALE, FL 33301

33301-194699