## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 0:16-CV-61647-GAYLES/HUNT

**AARON DEMORE**,

     Plaintiff,

v.

**KLONE ENTERPRISES,**
**JOHN GANCI, and**
**DANA GANCI**,

     Defendants.

_____/

### <u>ORDER</u>

**THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Patrick M. Hunt (the "Report"). [ECF No. 96]. On April 14, 2025, Plaintiff, now *pro se*, filed a letter requesting "a Writ of Garnishment to be immediately executed against Mr. Colon's employer," which the Court construes as a Motion for Writ of Garnishment. [ECF No. 88 at 1]. The Court referred the case to Judge Hunt for all post-judgment proceedings. [ECF No. 89]. On November 17, 2025, Judge Hunt issued his Report, recommending that the Court deny the Motion without prejudice. [ECF No. 96]. No party timely filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Given that the parties have not objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Hunt's findings and conclusion that the Motion should be denied without prejudice.

<u>**CONCLUSION**</u>

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendation, [ECF No. 96], is **ADOPTED in full**;

(2)     Plaintiff's Motion for Writ of Garnishment [ECF No. 88], is **DENIED without prejudice**. Plaintiff may file a renewed motion within thirty days of the Court's Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of December, 2025.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE